## IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD DAVID HARRIS,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE LINDA
MARIE BELL; AND THE HONORABLE
MATHEW HARTER, DISTRICT JUDGE,
Respondents,
  and
JENNIFER FIGUEROA,
Real Party in Interest.

No. 85304

**FILED**

SEP 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Yauney
    DEPUTY CLERK

### *ORDER DENYING PETITION FOR*
### *A WRIT OF MANDAMUS*

This original, emergency petition for a writ of mandamus challenges a district court order denying petitioner's motion to disqualify the district judge presiding over the parties' custody case.

Having reviewed the instant petition, we are not convinced that our extraordinary review is necessary here. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (noting that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy, and this court has discretion regarding whether to entertain such relief).

Additionally, petitioner has not provided this court with copies of the documents necessary to resolve this petition—including the challenged order, as required by NRAP 21(a)(4).

Finally, we note that petitioner filed a nearly identical petition in *Harris v. Eighth Judicial Dist. Court*, Docket No. 84980-COA, 2022 WL 2980630 (Nev. Ct. App. July 27, 2022) (Order Denying Petition for Writ of Mandamus), that was denied on the same grounds. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc: Hon. Linda Marie Bell
Hon. Mathew Harter, District Judge
Ronald David Harris
Jennifer Figueroa
Eighth District Court Clerk